UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

Melina Hernandez

              *Plaintiff,*

Dafnon Food Corp., et al

              *Defendants.*

Docket No.: Civ. No.: 1:20-cv-01097

-------------------------------------------------------------------------------X

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Melina Hernandez and Michael Voulgaris, Iannis Xerakias, Dafnon Food Corp., through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiffs against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss the instant action with prejudice. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

(Signatures on Following Page)

*Attorneys for Plaintiffs:*  *Attorneys for Defendants:*

    STILLMAN LEGAL PC      DECANDIDO & AZACHI, PLLC
    42 Broadway, 12th Floor      71-50 Austin Street, Suite 206
    New York, NY 10004      Forest Hills, NY 11375

By: _____  By: _____
    Lina Stillman      William V. DeCandido, Esq.

Dated: _____October 18. 201_____  Dated: October 19, 2021

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this ___ day of _____, 2021

_____
United States District Court Judge

2